IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICHARD BOWER**
**ADC #144498**                                                          **PETITIONER**

v.                         No. 5:11-cv-63-DPM

**RAY HOBBS, Director,**
**Arkansas Department of**
**Correction**                                                             **RESPONDENT**

## JUDGMENT

Bower's petition is dismissed with prejudice. A certificate of appealability is not appropriate because Bower has not made a substantial showing of the denial of a constitutional right.

_____
D.P. Marshall Jr.
United States District Judge

_____
17 Nov. 2011